IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BENJAMIN PORTER,

Plaintiff, Case No. 3:26-cv-00066-TES-ALS

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_________________________________/

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $11,000.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

IT IS SO ORDERED this 27th day of October, 2026.

s/Tilman E. Self, III
HON. TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE